# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

**SUMMONS IN A CRIMINAL CASE**

2005 SEP -8 P 3: 52

US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA

vs.

**FILED**

SEP 23 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number:   05-3055-M

ARUTHER PRATHER
PO BOX 2641   46 Brandon Ct
Springfield, IL   62708

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
600 E. MONROE, COURTROOM 3, SPRINGFIELD, ILLINOIS
on
Tuesday, October 4, 2005 at 11:00 a.m.
before the
HONORABLE US MAGISTRATE JUDGE BYRON CUDORE

To answer a(n) **Complaint** charging you with a violation of Title **18**, United States Code, Section(s) **1001**.

Brief description of offense:

making false statements/claims for government benefits

DATE: **September 8, 2005**

s/John M. Waters

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY:  DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) 09/20/05 11:28 AM |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: 46 Brondon Ct, Springfield, IL

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 09/20/05               Steven Deatherage
    Date                              Name of United States Marshal

                                     Larry Keller
                                     (by) Deputy United States Marshal

Remarks: Mr. Prather's ex-wife, Alma Ousley-Prather, stated that Arthur Prather lives @ #46 Brondon Ct. 1st endeavor @ 46 Brondon Ct unsuccessful - 09/19/05 12:52 PM L.K.